# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**BURTON HAGWOOD,**

    Petitioner,

v.                          **CIVIL ACTION NO. 3:07-CV-17**
                              **CRIMINAL ACTION NO. 3:00-CR-13**
                              **(BAILEY)**

**UNITED STATES OF AMERICA,**

    Respondent.

## ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATIONS

On this day, the above-styled matter came before the Court for consideration of the petitioner's Motion for Extension of Time to File Objections to Report and Recommendations [Civ. Doc. 9], which was filed October 12, 2007.

Nearly seven months after Magistrate Judge Seibert entered his March 1, 2007, report and recommendation [Civ. Doc. 2], this petitioner is now seeking leave to file his objections thereto. This report, however, was ordered adopted per this Court's Order dated June 19, 2007 [Civ. Doc. 6]. Accordingly, the petition for writ of habeas corpus [Civ. Doc. 1] was denied, and the case was closed. As such, it is the opinion of this Court that the petitioner's Motion for Extension of Time to File Objections to Report and Recommendations [Civ. Doc. 9] should be, and is the same, hereby **DENIED as moot**.

The Clerk is directed to transmit copies of this Order to all counsel of record and the *pro se* petitioner.

It is so **ORDERED**.

**DATED:** October 17, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE